# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137978(73)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KARRIE CALVIN MUNLIN, JR.,
        Defendant-Appellant.

SC: 137978
COA: 272019
Washtenaw CC: 05-001976-FC

_____/

On order of the Court, the motion for reconsideration of this Court's April 28, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

d0720